| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2022 APR 27  AM 11:45 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: 20cr2539-AJB |
|---|---|
| Jose Luis Gastelum | REPORT COMMENCING CRIMINAL ~~ACTION~~ |
| USMS# 96915-298   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**MJ 22-01664**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/27/2022, 1100    at  ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Probation Violation Petition

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☒ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: David Zevallos         (please print)

12. Office Phone Number: 213-620-7676         13. Agency: U.S. Marshals Service

14. Signature: _[signature]_         15. Date: 04/27/2022

CR-64 (09/20)         REPORT COMMENCING CRIMINAL ACTION